IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | VIOLATION NO. E1103000 |
| Plaintiff, | |
| vs. | ORDER TO APPEAR ELECTRONICALLY |
| SHASHANK CHANDRA | |
| Defendant. | |

THIS CAUSE having come before the Court on Defendant's unopposed *Motion to Appear Electronically*, and good cause appearing therefore, IT IS HEREBY ORDERED that Defendant and his counsel shall be permitted to appear at the December 8, 2022 hearing in this matter by telephone. call-in number is as follows: 877-402-9753; access code: 5136505.

DATED this 30th day of November, 2022.

John Johnston
United States Magistrate Judge